IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **TQP DEVELOPMENT LLC** | § | |
| | § | |
| **V.** | § | No. 2:12CV70 |
| | § | |
| **TCF FINANCIAL CORPORATION** | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Michael H. Schneider, District Judge, presiding, and the plaintiff having filed a notice of voluntary dismissal without prejudice of TCF Financial Corporation pursuant to FED. R. CIV. P. 41(a)(1)(i), it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this 5th day of April, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE