## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No. 2:12-cv-70-MHS-RSP** |
| **TCF FINANCIAL CORPORATION et al,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff TQP Development, LLC and defendant TCF National Bank d/b/a TCF Bank, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff TQP Development, LLC and defendant TCF National Bank d/b/a TCF Bank, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated January 4, 2013.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 10th day of January, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE